No. 377. CHISHOLM-MOORE HOIST CORP. *v.* CARLSON. C. A. 2d Cir. Certiorari denied. *Patrick E. Gibbons* for petitioner. *Silas B. Axtell* and *Harvey Goldstein* for respondent.

No. 380. ELLIS *v.* MUELLER, SECRETARY OF COMMERCE, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Claude L. Dawson* for petitioner. *Solicitor General Rankin, Assistant Attorney General Yeagley* and *Kevin T. Maroney* for respondents.

No. 381. PUERTO RICO DRYDOCK & MARINE TERMINALS, INC., *v.* NATIONAL LABOR RELATIONS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Ludwig Teller* for petitioner. *Solicitor General Rankin, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 306, Misc. EX PARTE HOWARD. Court of Criminal Appeals of Texas. Certiorari denied.

No. 340, Misc. TILLMAN *v.* WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied.

No. 385. NIRESK INDUSTRIES, INC., ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari denied. *Carl F. Geppert* for petitioners. *Solicitor General Rankin, Assistant Attorney General Bicks, Richard A. Solomon, Daniel J. McCauley, Jr.* and *Alan B. Hobbes* for respondent.